IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID A. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV989 |
| | ) | |
| JOHN E. POTTER, POSTMASTER | ) | |
| GENERAL, UNITED STATES | ) | |
| POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

BEATY, District Judge.

Based on the Findings of Fact and Conclusions of Law filed contemporaneously herewith, and as determined based on the evidence presented during the bench trial in this matter, IT IS ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered in favor of Defendant, and all of Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

This, the 20th day of April, 2006.

_____
United States District Judge